IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARON LEE BOYD-NICHOLSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV424 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT FRAKES, Director of | ) | **AMENDED PROGRESSION** |
| Nebraska State of Corrections Medical | ) | **ORDER** |
| Department et al, DR. RANDY KOHL, | ) | |
| Chief Medical Director, M.D., DR. | ) | |
| HUSTON, Staff Physician of Records, | ) | |
| MARIO PEART, Warden, JANE OR | ) | |
| JOHN DOE 1-12, Both state and | ) | |
| Agency Medical Nurses, and TANA | ) | |
| KENLEY, PAC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' Motion to Extend Progression Order Deadlines. (Filing No. 31.) The motion is granted.

Accordingly,

IT IS ORDERED:

1.  Dispositive Motions. All dispositive motions shall be filed on or before **January 27, 2017.** The parties must comply with the provisions of NECivR 7.1 and NECivR 56.1 when filing summary judgment motions.

2.  Pretrial Conference.

    a.  Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR 16.2(a)(2). The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order. The Order should be submitted to the

plaintiff and to any other parties by **March 27, 2017**. The plaintiff shall provide additions and/or proposed deletions to Defense counsel by **April 10, 2017.** Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **April 27, 2017**. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

b.    The Final Pretrial Conference will be held before the undersigned on **May 2, 2017 at 10:30 a.m.** Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

c.    If a plaintiff is held in an institution, the pretrial conference will be by telephone. In that case, Defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call.

3.    The trial date will be set by the undersigned at the time of the Final Pretrial Conference.

4.    The clerk of the court is directed to set a pro se case management deadline in this case using the following text: Pretrial conference before Magistrate Judge Cheryl Zwart to be held on **May 2, 2017 at 10:30 a.m.**

DATED this 22nd day of November, 2016.

BY THE COURT:

s/ Cheryl R. Zwart    
United States Magistrate Judge