# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARON LEE BOYD-NICHOLSON, | |
| Plaintiff, | 8:15CV424 |
| vs. | MEMORANDUM AND ORDER |
| STEPHANIE SNODGRASS, LpN; and APRIL ROLLINS, RN; | |
| Defendants. | |

In order to complete the deposition by written questions of Alberto Vasquez,

IT IS ORDERED that:

1. Assistant Attorney General Jessica M. Forch shall make certain that a case manager or other official at the Tecumseh State Correctional Institution serves Mr. Vasquez with the "ORDER TO ALBERTO VASQUEZ SETTING FORTH THE QUESTIONS FOR A DEPOSITION BY WRITTEN QUESTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 31," (hereinafter, "the document") which will be filed subsequent to this Memorandum and Order. Mr. Vasquez shall be served with the order no later than **July 25, 2017.**[1]

2. Ms. Forch shall inform the designated case manager or official that he or she shall make certain that Mr. Vasquez signs the document in the presence of a notary public, who will then sign and notarize the document.

---

[1] The court overrules all objections to the submitted questions. The parties' submitted questions, if non-duplicative, are included in the document.

3. Ms. Forch shall inform the designated case manager or official that, upon Mr. Vasquez's completion of the document, he or she shall ensure that the original document is returned to Assistant Attorney General Jessica M. Forch.

4. Upon receipt of the document, Ms. Forch shall file it with the court.

5. The clerk's office is directed to set a pro se case management deadline using the following text: August 11, 2017: check for deposition by written questions of Alberto Vasquez.

Dated this 11th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge