# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARON LEE BOYD-NICHOLSON, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHANIE SNODGRASS, LpN; and APRIL ROLLINS, RN; <br><br> Defendants. | **8:15CV424** <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On September 15, 2017, the court appointed Plaintiff counsel and set a February 12, 2018, deadline for counsel to complete limited discovery and to file a responsive brief. Accordingly,

IT IS THEREFORE ORDERED that: All case progression deadlines, including the pretrial conference scheduled for December 4, 2017, are canceled. If necessary, new progression deadlines and the date of the pretrial conference will be set following the ruling on the parties' cross-motions for summary judgment.

Dated this 18th day of September, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge