IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ARON LEE BOYD-NICHOLSON, | |
|---|---|
| Plaintiff, | 8:15CV424 |
| vs. | |
| STEPHANIE SNODGRASS, LpN; and APRIL ROLLINS, RN; | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the court on the parties' Joint Motion to Continue Deadlines for Limited Discovery and Summary Judgment. ([Filing No. 71](#).) Plaintiff and Defendants, by and through their counsel, jointly move the court to extend the deadlines set forth in the court's September 15, 2017 Memorandum and Order ([Filing No. 64](#)) for at least 60 days. Accordingly,

IT IS ORDERED that:

1. The parties' Joint Motion to Continue Deadlines for Limited Discovery and Summary Judgment ([Filing No. 71](#)) is granted. **Counsel will have until April 13, 2018, to complete limited discovery and to file a responsive brief. Defendants will have 30 days thereafter to file a response.**

2. The clerk's office is directed to set a pro se case management deadline using the following text: **April 13, 2018**: check for Plaintiff's responsive brief.

Dated this 24th day of January, 2018.

                                      BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      Senior United States District Judge