IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARON LEE BOYD-NICHOLSON, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHANIE SNODGRASS, LpN; and APRIL ROLLINS, RN; <br><br> Defendants. | 8:15CV424 <br><br> MEMORANDUM AND ORDER |

This matter is before the Court on the Plaintiff's unopposed Motion for Leave to Depose an Inmate in Custody. ([Filing No. 73](#).) Accordingly,

IT IS ORDERED that: Plaintiff's Motion for Leave to Depose an Inmate in Custody ([Filing No. 73](#)) is granted. Pursuant to [Fed. R. Civ. P. 30(a)(2)(B)](#), Plaintiff is granted leave of this Court to take the deposition of inmate Alberto Vasquez, DCS ID 72373, at the Tecumseh State Correctional Institution.

Dated this 31st day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge