# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARON LEE BOYD-NICHOLSON,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHANIE SNODGRASS, LpN; and APRIL ROLLINS, RN;<br><br>Defendants. | 8:15CV424<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on the Defendants' Motion for Leave to Depose Plaintiff, who is currently committed to the care, custody, and control of the Nebraska Department of Correctional Services. (Filing No. 76.) Accordingly,

IT IS ORDERED that: Defendants' Motion for Leave to Depose Plaintiff (Filing No. 76) is granted. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants are granted leave of this Court to take the deposition of Plaintiff Aron Lee Boyd-Nicholson at the Lincoln Correctional Center.

Dated this 8th day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge